IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM CASEY FLOYD HYRE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:21-00018-JB-N |
| | ) | |
| CORNELIUS PITTEN, *et al.*, | ) | |
|     Defendants. | ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 14) made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated June 4, 2021, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that this civil action is **DISMISSED without prejudice**, *sua sponte*, under Federal Rule of Civil Procedure 12(h)(3) for lack of subject-matter jurisdiction, and alternatively under Federal Rule of Civil Procedure 41(b) and the Court's inherent power for failure to obey the Court's prior orders

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE and ORDERED** this 28th day of June, 2021.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE